IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02496-MEH

CHRISTOPHER JONES,

    Plaintiff,

    v.

LEXISNEXIS RISK SOLUTIONS INC.

    Defendant.

**DECLARATION OF JULIE D. HOFFMEISTER IN SUPPORT OF DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Julie D. Hoffmeister, hereby declare as follows:

1. I am an attorney duly licensed to practice in Virginia.

2. I am one of the counsel of record for Defendant LexisNexis Risk Solutions Inc. ("LNRS") in the above-captioned matter, and have personal knowledge of the facts and circumstances of this matter.

3. Attached hereto as Exhibit A is a true and correct copy of LNRS' response to Plaintiff's Interrogatory No. 1.

4. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's response to LNRS' Interrogatory No. 7.

5. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's response to LNRS' Request for Production No. 12.

6. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's response to LNRS' Interrogatory No. 6.

7. Attached hereto as Exhibit E is a true and correct copy of LNRS' response to Plaintiff's Interrogatory No. 2.

8. Attached hereto as Exhibit F is a true and correct copy of LNRS' response to Plaintiff's Interrogatory No. 4.

9. Attached hereto as Exhibit G is a true and correct copy of Plaintiff's Rule 26(a) initial disclosures.

10. Attached hereto as Exhibit H is a true and correct copy of select portions of the Federal Trade Commission's December 2004 Report to Congress Under Sections 318 and 319 of the Fair and Accurate Credit Transactions Act of 2003.

11. Attached hereto as Exhibit I is a true and correct copy of select portions of the Federal Trade Commission's December 2004 Report to Congress Under Sections 318 and 319 of the Fair and Accurate Credit Transactions Act of 2003.

12. Attached hereto as Exhibit J is a true and correct copy of Plaintiff's response to LNRS' Interrogatory No. 11.

13. Attached hereto as Exhibit K is a true and correct copy of select portions of the April 2018 Background Screening Agency Accreditation Program Standard, Version 2.0.

14. Attached hereto as Exhibit L is a true and correct copy of select portions of the April 2018 Background Screening Agency Accreditation Program Accreditation Standard and Audit Criteria, Version 2.0.

15. Attached hereto as Exhibit M is a true and correct copy of select portions of The President's Identity Theft Task Force Report of September 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2021

Julie D. Hoffmeister